UNITED STATES of America, Plaintiff–Appellee,

v.

Thomas Jefferson PRICE, III, a/k/a Thomas Price, Defendant–Appellant.

No. 16-6627

United States Court of Appeals, Fourth Circuit.

Submitted: September 13, 2016

Decided: September 15, 2016

Thomas Jefferson Price, III, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Jefferson Price, III, appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Price, No. 1:98–cr–00104–CCE–1 (M.D.N.C. Apr. 14, 2016). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED